COM.

v.

WATERS, J.

620 WDA 2016

Superior Court of Pennsylvania.

03/10/2017

CP–20–CR–0000042–2014 (Crawford)

Affirmed

IN RE: K.M., a Minor,

Appeal of: M.M.

1414 WDA 2016

Superior Court of Pennsylvania.

03/10/2017

CP–02–AP–087–2016 (Allegheny)

Affirmed

IN RE: D.M–R., a Minor,

Appeal of: M.M.

1415 WDA 2016

Superior Court of Pennsylvania.

03/10/2017

CP–02–AP–088–2016 (Allegheny)

Affirmed

COM.

v.

DAVIS, D.

2040 EDA 2015

Superior Court of Pennsylvania.

3/13/2017

CP–51–CR–0003839–2014
(Philadelphia)

Affirmed

COM.

v.

NELSON, D.

3169 EDA 2015

Superior Court of Pennsylvania.

03/13/2017

CP–39–CR–0000023–2014 (Lehigh)

Affirmed

